**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

March 29, 2019

<u>**VIA ECF**</u>

The Honorable Judge J. Paul Oetken
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Braulio Thorne and On Behalf of All Other Persons Similarly Situated v. Brunswick Family Boat Co., Inc. d/b/a/ Bayliner**
<u>**Case No.: 1:19-cv-00988**</u>

Dear Judge Oetken,

  This firm represents Plaintiff Braulio Thorne and On Behalf of All Other Persons Similarly Situated ("Plaintiffs"), in the above-referenced action. We write, with Defendant's consent, to inform you that the Parties have a settlement, in principle, and respectfully request that Your Honor dismiss this matter with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated.

  We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

                   Respectfully submitted,
                   GOTTLIEB & ASSOCIATES

                     *s/ Jeffrey M. Gottlieb*
                     Jeffrey M. Gottlieb

cc: All counsel of record (via ECF and email)