UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

BRAULIO THORNE, on behalf of himself and all others similarly situated,

                Plaintiffs,

v.

BRUNSWICK FAMILY BOAT CO. INC. d/b/a BAYLINER,

                Defendant.
----------------------------------------------------------- x

No.: 1:19cv988 JPO
~~18-CV-06831 JGK~~

JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

## JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Braulio Thorne and Defendant Brunswick Family Boat Co. Inc., by their respective undersigned counsel, hereby stipulate and agree to the voluntary dismissal of all claims in the above-captioned action.

This voluntary dismissal is WITH PREJUDICE, with each party to bear his/its own attorneys' fees, costs, and expenses, and this case shall now be marked by the Clerk of the Court as dismissed with prejudice.

Dated: _____, 2019

Dated: May 10, 2019
By: /s/ *[signature]*
**GOTTLIEB & ASSOCIATES**
150 East 18 Street, Suite PHR
New York, New York 10003
Telephone: (212) 228-9795
Facsimile: (212) 982-6284
NYJG@aol.com
danalgottlieb@aol.com

Respectfully submitted,
By: /s/ *[signature]*
**K&L GATES LLP**
*Counsel for Defendant BRUNSWICK FAMILY BOAT CO. INC. d/b/a BAYLINER*
Carol C. Lumpkin, Esq.
Stephanie N. Moot, Esq.
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131-2399
Telephone:  305.539.3300
Facsimile:   305.358.7095
Email: carol.lumpkin@klgates.com
       stephanie.moot@klgates.com

Dated: May 13, 2019

*[signature]*
J. PAUL OETKEN
United States District Judge